IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE CAMROD LTD. OF RICHMOND,<br><br>                                             Debtor.<br><br>CAMROD LTD. OF RICHMOND,<br><br>                                             Appellant.<br>                    v.<br>CHRISTOPHER MONROE<br>and<br>DAVID MONROE, JR., infants, by and through<br>CYNTHIA MONROE, their Mother and Next<br>Friend<br>and<br>CYNTHIA MONROE, individually,<br><br>                                             Appellees. | Civil Action Number 3:05CV245-JRS |

## **FINAL ORDER**

THIS MATTER comes before the Court on Appellant, Camrod Ltd. of Richmond's ("Camrod") Appeal of the Bankruptcy Court's January 31, 2005, Order granting Appellees, Christopher Monroe, Davis Monroe, Jr., by and through Cynthia Monroe, their mother and next friend, and Cynthia Monroe (collectively "the Monroes"), modified relief from the automatic stay provisions of 11 U.S.C. § 362. For the reasons stated in the accompanying Memorandum Opinion, the decision of the Bankruptcy Court in In re: Camrod of Richmond, Ltd., Case No. 04-39083-DOT (Bankr. E.D. Va., Jan. 31, 2005), is AFFIRMED.

Appellant is ADVISED that it may appeal from this Order by filing notice of appeal with the Clerk of the United States District Court within thirty (30) days from the date that this Order is entered.

Let the Clerk send a copy of this Order to all parties of record and to the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

It is SO ORDERED.

    /s/ James R. Spencer
UNITED STATES DISTRICT JUDGE

July 21, 2005
DATE